```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2
    DANIEL J. BRODERICK, Bar #89424
 3  Chief Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    FERNANDO JORGE MACHADO
 7

 8

 9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  NO. CR-S-05-512-LKK
                                   )
14                 Plaintiff,      )
                                   )  ORDER FOLLOWING HEARING
15       v.                        )
                                   )
16  FERNANDO JORGE MACHADO,        )
                                   )  Judge: Hon. Lawrence K. Karlton
17                 Defendant.      )
                                   )
18  _____  )

19       This matter was before the court on January 24, 2006 for status

20  hearing.  The government was represented by it's counsel, Michael

21  Beckwith, Assistant United States Attorney, and defendant, Fernando

22  Jorge Machado, was represented by his counsel, Daniel J. Broderick,

23  Chief Federal Defender.

24       Defense counsel requested that the trial-confirmation hearing date

25  of January 24, 2006 and jury trial date of February 7, 2006 be vacated

26  and the matter set for further status conference on February 22, 2006.

27       Good cause appearing therefor,

28       IT IS ORDERED that the trial-confirmation date of January 24, 2006
```

1 and jury trial date of February 7, 2006 be vacated and the matter
2 continued to February 22, 2006 at 9:30 a.m. for further Status
3 Conference.
4     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Code T4, the period from January 24, 2006 to
6 February 22, 2006 is excluded from the time computations required by
7 the Speedy Trial Act due to ongoing preparation of counsel.
8 Dated: January 26, 2006

```
                                /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior, United States District Judge
```

Order Following Hearing                2