DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO JORGE MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-512-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | HEARING |
| | ) | |
| FERNANDO JORGE MACHADO, | ) | DATE: March 21, 2006 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

This case is currently scheduled for a status conference on February 22, 2006, at 9:30 a.m.  The government has released discovery in this matter and the defense has received a proposed plea agreement and pre-plea probation report.  However, Mr. Machado has provided additional information that is currently being investigated.  The defense needs additional time to complete that investigation and to discuss it with the government.

Accordingly, the parties, through their respective counsel, stipulate and agree that the status conference in this case be continued from February 22, 2006, until March 21, 2006, at 9:30 a.m. The parties further stipulate that the time period between February 14,

1  2006, and March 21, 2006 be excluded under the Speedy Trial Act (18
2  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on the need for
3  defense preparation.
4  Dated: February 21, 2006                    Respectfully submitted,

                                               /s/ Daniel J. Broderick
                                               _____
                                               DANIEL J. BRODERICK
                                               Acting Federal Defender
                                               Attorney for Defendant
                                               PETER T. HARRELL

Dated: February 21, 2006                       MCGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ Daniel J. Broderick for
                                               _____
                                               MICHAEL M. BECKWITH
                                               Attorneys for Plaintiff

                           ------------

   IT IS HEREBY ORDERED that the status conference in this case be
continued from February 22, 2006, until March 21, 2006 at 9:30 a.m.,
and the time period between February 14, 2006 and March 21, 2006 be
excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and
Local Code T4), based on defense preparation.

Dated:  February 21, 2006

                                               /s/ Lawrence K. Karlton
                                               LAWRENCE K. KARLTON
                                               United States District Judge

Stip & Ord. Continuing Hearing          2