```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO JORGE MACHADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-512-LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING HEARING |
| v. ) | |
| ) | DATE: April 25, 2006 |
| FERNANDO JORGE MACHADO, ) | TIME: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

At the status conference in this case on March 21, 2006, the parties stipulated and this Court ordered that a further status conference be held on April 25, 2006, at 9:30 a.m.  The parties and the Court further agreed to exclude the time from March 21 to April 25 under the Speedy Trial Act.

A proposed order to this effect is attached.

Dated: March 22, 2006                    Respectfully submitted,


                                         /s/ Daniel J. Broderick
                                         _____
                                         DANIEL J. BRODERICK
                                         Acting Federal Defender
                                         Attorney for Defendant
                                         FERNANDO JORGE MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  NO. CR-S-05-512-LKK
                                 )
              Plaintiff,         )
                                 )  ORDER CONTINUING HEARING
     v.                          )
                                 )
FERNANDO JORGE MACHADO,          )
                                 )
              Defendant.         )
                                 )
_____  )

IT IS HEREBY ORDERED that, pursuant to the agreement of the parties, and for the reasons stated in court on March 21, 2006, the status conference in this case shall be continued from March 21, 2006, until April 25, 2006 at 9:30 a.m., and the time period between March 21, 2006 and April 25, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on defense preparation.

Dated:   March 23, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Proposed Ord. Continuing Hearing          2