DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO JORGE MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br> FERNANDO JORGE MACHADO,             )<br>                                     )<br>            Defendant.               )<br>                                     )<br> _____ ) | NO. CR-S-05-512-LKK<br><br>STIPULATION AND ORDER CONTINUING<br>HEARING<br><br>DATE:  May 9, 2006<br>TIME:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

This case is currently scheduled for a status conference on April 25, 2006, at 9:30 a.m.  Mr. Machado will be presenting additional information to the government next week that could impact his sentence.  The government will evaluate that information and determine if further investigation is needed.  Mr. Machado has been contacted and he agrees with this continuance and with the Speedy Trial exclusion.

Accordingly, the parties, through their respective counsel, stipulate and agree that the status conference in this case be continued from April 25, 2006, until May 9, 2006, at 9:30 a.m. The parties further stipulate that the time period between today, April 21, 2006, and May 9, 2006 be excluded under the Speedy Trial Act (18 U.S.C.

1  §3161(h)(8)(B)(iv)and Local Code T4), based on the need for defense
2  preparation.
3  Dated: April 21, 2006                    Respectfully submitted,

                                            /s/ Daniel J. Broderick
                                            _____
                                            DANIEL J. BRODERICK
                                            Acting Federal Defender
                                            Attorney for Defendant
                                            FERNANDO JORGE MACHADO

   Dated: April 21, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Daniel J. Broderick for
                                            _____
                                            MICHAEL M. BECKWITH
                                            Attorneys for Plaintiff

                           ------------

   IT IS HEREBY ORDERED that the status conference in this case be continued from April 25, 2006, until May 9, 2006 at 9:30 a.m., and the time period between April 21, 2006 and May 9, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on defense preparation.

   Dated:  April 24, 2006

                                            /s/ Lawrence K. Karlton
                                            HONORABLE LAWRENCE K. KARLTON
                                            United States District Judge

Stip & Ord. Continuing Hearing              2