DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO JORGE MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | NO. CR-S-05-512-LKK |
|                                                          ) | |
|               Plaintiff,                          ) | |
|                                                          ) | STIPULATION AND ORDER CONTINUING |
|     v.                                               ) | HEARING |
|                                                          ) | |
| FERNANDO JORGE MACHADO,   ) | DATE:  June 6, 2006 |
|                                                          ) | TIME:  9:30 a.m. |
|               Defendant.                      ) | Judge: Hon. Lawrence K. Karlton |
|                                                          ) | |
| _____ ) | |

    This case is currently scheduled for a status conference on May 9, 2006, at 9:30 a.m.  Mr. Machado has presented a considerable amount of additional information to the government that could impact his sentence. The government will evaluate that information and determine if further investigation is needed.  Mr. Machado has been contacted and he agrees with this continuance and with the Speedy Trial exclusion.

    Accordingly, the parties, through their respective counsel, stipulate and agree that the status conference in this case be continued from May 9, 2006, until June 6, 2006, at 9:30 a.m. The parties further stipulate that the time period between May 9, 2006, and June 6, 2006 be excluded under the Speedy Trial Act (18 U.S.C.

1  §3161(h)(8)(B)(iv)and Local Code T4), based on the need for defense
2  preparation.
3  Dated: May 5, 2006                        Respectfully submitted,

                                             /s/ Daniel J. Broderick
                                             _____
                                             DANIEL J. BRODERICK
                                             Acting Federal Defender
                                             Attorney for Defendant
                                             FERNANDO JORGE MACHADO

Dated: May 5, 2006                           MCGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ Daniel J. Broderick for
                                             _____
                                             MICHAEL M. BECKWITH
                                             Attorneys for Plaintiff

                              ------------

   IT IS HEREBY ORDERED that the status conference in this case be
continued from May 9, 2006, until June 6, 2006 at 9:30 a.m., and the
time period between May 9, 2006 and June 6, 2006 be excluded under the
Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),
based on defense preparation.

Dated:  May 8, 2006

                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   Senior, United States District Judge

Stip & Ord. Continuing Hearing            2