DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO JORGE MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          )<br>    Plaintiff,   )<br>          )<br>    v.        )<br>          )<br>FERNANDO JORGE MACHADO,  )<br>          )<br>    Defendant.   )<br>_____ ) | NO. CR-S-05-512-LKK<br><br>ORDER CONTINUING HEARING<br><br>DATE:  July 18, 2006<br>TIME:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

At the status conference in this case on June 6, 2006, the parties stipulated and this Court ordered that a further status conference be held on July 18, 2006, at 9:30 a.m.  The parties and the Court further agreed to exclude the time from June 6 to July 18 under the Speedy Trial Act.

A proposed order to this effect is attached.

Dated: June 6, 2006                    Respectfully submitted,


                                       /s/ Daniel J. Broderick
                                       _____
                                       DANIEL J. BRODERICK
                                       Federal Defender
                                       Attorney for Defendant
                                       FERNANDO JORGE MACHADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-512-LKK |
| ) Plaintiff, ) | |
| ) | ORDER CONTINUING HEARING |
| v. ) | |
| ) | |
| FERNANDO JORGE MACHADO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY ORDERED that, pursuant to the agreement of the parties, and for the reasons stated in court on June 6, 2006, the status conference in this case shall be continued from June 6, 2006, until July 18, 2006 at 9:30 a.m., and the time period between June 6, 2006 and July 18, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on defense preparation.

Dated:  June 8, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Ord. Continuing Hearing           2