McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>                              )<br>       v.                     )<br>                              )<br> FERNANDO JORGE MACHADO,       )<br>                              )<br>            Defendants.       )<br>_____) | CR. S-05-0512 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME<br><br><br>Hon. Lawrence K. Karlton |

The parties request that the status conference currently set for July 18, 2006, be continued to August 29, 2006, and stipulate that the time beginning July 18, 2006, and extending through August 29, 2006, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, counsel for all parties need more time to evaluate a possible plea disposition and information relevant to sentencing. The

1

1  parties stipulate and agree that the interests of justice served
2  by granting this continuance outweigh the best interests of the
3  public and the defendants in a speedy trial.  18 U.S.C. §
4  3161(h)(8)(A).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


Dated:  July 14, 2006             By:/s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney


Dated:  July 14, 2006             By:/s/ Daniel J. Broderick
                                     DANIEL J. BRODERICK
                                     Attorney for defendant
                                     Fernando Jorge Machado

**ORDER**

   The status conference in case number CR. S-05-0512 LKK, currently set for July 18, 2006, is continued to August 29, 2006, and the time beginning July 18, 2006, and extending through August 29, 2006, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: July 14, 2006

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT