```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4
    Attorney for Defendant
 5  FERNANDO JORGE MACHADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-05-512-LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) HEARING |
| | ) |
| FERNANDO JORGE MACHADO, | ) DATE: September 12, 2006 |
| | ) TIME: 9:30 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |

This case is currently scheduled for a status conference on August 29, 2006, at 9:30 a.m. Mr. Machado has presented a considerable amount of additional information to the government that could impact his sentence. The government is continuing to evaluate that information and determine if further investigation is needed.

Accordingly, the parties, through their respective counsel, stipulate and agree that the status conference in this case be continued from August 29, 2006, until September 12, 2006, at 9:30 a.m.

The parties further stipulate that the time period between August 29, 2006 and September 12, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on the need for defense preparation.

| | | |
|---|---|---|
| 1 | Dated: August 25, 2006 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Daniel J. Broderick |
| 4 | | _____ |
| | | DANIEL J. BRODERICK |
| | | Federal Defender |
| 5 | | Attorney for Defendant |
| | | FERNANDO JORGE MACHADO |
| 6 | | |
| 7 | Dated: August 25, 2006 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | /s/ Daniel J. Broderick for |
| | | _____ |
| 10 | | MICHAEL M. BECKWITH |
| | | Attorneys for Plaintiff |

------------

IT IS HEREBY ORDERED that the status conference in this case be continued from August 29, 2006, until September 12, 2006 at 9:30 a.m., and the time period between August 29, 2006 and September 12, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on defense preparation.

Dated: August 25, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT