McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR. S-05-512 LKK |
|             Plaintiff,             ) | |
|                                    ) | STIPULATION AND ORDER |
|                                    ) | CONTINUING STATUS CONFERENCE AND |
|     v.                             ) | EXCLUDING TIME |
|                                    ) | |
| FERNANDO JORGE MACHADO,             ) | |
|                                    ) | |
|             Defendant.             ) | Hon. Lawrence K. Karlton |

The parties request that the status conference currently set for September 12, 2006, be continued to September 19, 2006, and stipulate that the time beginning September 12, 2006, and extending through September 19, 2006, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, counsel for both parties need more time to evaluate a possible plea disposition and information relevant to sentencing.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: September 8, 2006        By:/s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney

Dated: September 8, 2006        By:/s/ Daniel J. Broderick
                                          DANIEL J. BRODERICK
                                          Attorney for defendant

**ORDER**

The status conference in case number CR. S-05-512 LKK, currently set for September 12, 2006, is continued to September 19, 2006, and the time beginning September 12, 2006, and extending through September 19, 2006, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: September 11, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT